Jeffrey A. Charlston (State Bar No. 65427)
    jcharlston@crwllp.com
Robert D. Hoffman (State Bar No. 123458)
    rhoffman@crwllp.com
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7027 • Fax: (310) 203-9321

Attorneys for Plaintiff
The Medical Protective Company

FILED
CLERK U.S. DISTRICT COURT

APR - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MEDICAL PROTECTIVE COMPANY, an Indiana corporation,<br><br>                    Plaintiff,<br>v.<br>THOMAS T. LEE, M.D., GRAND MEDICAL GROUP, a sole proprietorship,<br><br>                    Defendants. | Case No.: CV 08-07104 SVW RZx<br><br>[PROPOSED] JUDGMENT<br>[JS-6] |

In the above entitled cause, plaintiff, The Medical Protective Company, and defendants, Thomas T. Lee, M.D. and Grand Medical Group, having stipulated as to the existence of certain facts entitling The Medical Protective Company to obtain rescission of all policies of insurance issued at any time by Medical Protective to Dr. Lee and to Grand Medical Group, including all extensions and renewals thereof, and having stipulated to The Medical Protective Company obtaining rescission as to such insurance policies,

1

IT IS HEREBY STIPULATED AND AGREED:

1. All policies of insurance issued at any time by Medical Protective to Dr. Lee and to Grand Medical Group, including all extensions and renewals thereof, are rescinded, void *ab initio,* of no force or effect, and shall provide no insurance coverage of any nature or kind for the benefit of any person or entity; and

2. Medical Protective, Dr. Lee and Grand Medical Group shall each bear their respective expenses, costs and attorneys fees.

Dated: April 7, 2010

_____
Stephen V. Wilson
United States District Judge

2

[PROPOSED] JUDGMENT